UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BROADCAST MUSIC, INC.; COTILLION MUSIC INC.; TERRY STAFFORD MUSIC CO.; BOSEPHUS MUSIC, INC.; HOUSE OF CASH, INC.; 3RING CIRCUS MUSIC, LLC d/b/a SOULRIDE MUSIC; ROUND HILL MUSIC LP d/b/a ROUND HILL WORKS; CACKALACKI TWANG; EMI BLACKWOOD MUSIC INC.; WARNERTAMBERLANE PUBLISHING CORP.; LUCK THUMB MUSIC; NOAH'S LITTLE BOAT MUSIC; SEA GAYLE MUSIC LLC d/b/a NEW SONGS OF SEA GAYLE; ELDOROTTO MUSIC PUBLISHING; BIG GASSED HITTIES; SPIRIT MUSIC GROUP INC. d/b/a SPIRIT OF NASHVILLE ONE; BARLAND MUSIC; SHAN CAN MUSIC LLC; CAPTAIN OBVIOUS MUSIC,<br><br>    Plaintiffs,<br><br> v. | NO: 4:17-CV-5205-TOR<br><br>ORDER OF DISMISSAL OF LORNA KAYE DAVIS WITHOUT PREJUDICE |

ORDER OF DISMISSAL OF LORNA KAYE DAVIS

WITHOUT PREJUDICE ~ 1

| | |
|---|---|
| | G & L EXPRESS, INC. d/b/a BRANDING IRON; DOROTHY STOCKMAN a/k/a SHELLY STOCKMAN; and LORNA KAYE DAVIS, each individually,<br><br>Defendants. | |

BEFORE THE COURT is Plaintiffs' Notice of Voluntary Dismissal of Defendant Lorna Kaye Davis Without Prejudice (ECF No. 8). Plaintiffs seek to voluntarily dismiss Defendant Lorna Kaye Davis without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendant has not filed an answer or otherwise pled in this matter.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Defendant Lorna Kaye Davis is **DISMISSED without prejudice** from this matter.

2. Plaintiffs' claims against Defendants G & L Express, Inc. d/b/a Branding Iron and Dorothy Stockman a/k/a Shelly Stockman remain pending and this order has no effect on those claims or Defendants.

//

//

//

//

ORDER OF DISMISSAL OF LORNA KAYE DAVIS
WITHOUT PREJUDICE ~ 2

1  The District Court Executive is directed to enter this Order, terminate Lorna

2  Kaye Davis from the docket, and provide copies to the parties.

3  **DATED** March 9, 2018.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL OF LORNA KAYE DAVIS
WITHOUT PREJUDICE ~ 3