| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF WASHINGTON | |
| BROADCAST MUSIC, INC.; COTILLION MUSIC INC.; TERRY STAFFORD MUSIC CO.; BOSEPHUS MUSIC, INC.; HOUSE OF CASH, INC.; 3RING CIRCUS MUSIC, LLC d/b/a SOULRIDE MUSIC; ROUND HILL MUSIC LP d/b/a ROUND HILL WORKS; CACKALACKI TWANG; EMI BLACKWOOD MUSIC INC.; WARNERTAMBERLANE PUBLISHING CORP.; LUCK THUMB MUSIC; NOAH'S LITTLE BOAT MUSIC; SEA GAYLE MUSIC LLC d/b/a NEW SONGS OF SEA GAYLE; ELDOROTTO MUSIC PUBLISHING; BIG GASSED HITTIES; SPIRIT MUSIC GROUP INC. d/b/a SPIRIT OF NASHVILLE ONE; BARLAND MUSIC; SHAN CAN MUSIC LLC; CAPTAIN OBVIOUS MUSIC,<br><br>              Plaintiffs,<br><br>   v. | NO: 4:17-CV-5205-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

|     | G & L EXPRESS, INC. d/b/a BRANDING IRON; and DOROTHY STOCKMAN a/k/a SHELLY STOCKMAN, |     |
| --- | --- | --- |
|     | Defendants. |     |

BEFORE THE COURT is Plaintiffs' Notice of Voluntary Dismissal With Prejudice (ECF No. 11). Plaintiffs voluntarily dismiss the above-captioned action and all claims asserted therein against G & L Express, Inc. d/b/a Branding Iron and Dorothy Stockman a/k/a Shelly Stockman with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendants have not filed an answer or otherwise pled in this matter.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

The above-captioned action and all claims asserted therein against G & L Express, Inc. d/b/a Branding Iron and Dorothy Stockman a/k/a Shelly Stockman are **DISMISSED with prejudice**.

The District Court Executive is directed to enter this Order, provide copies to the parties and **CLOSE** the file.

**DATED** May 3, 2018.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2